UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL A. CISNEROS,

    Petitioner,

v.

JIM ROBERTSON,

    Respondent.

Case No. 22-cv-02961-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal; Denying Certificate of Appealability, this petition for a writ of habeas corpus is DISMISSED without prejudice, and a certificate of appealability is DENIED. The Clerk shall enter judgment in favor of Petitioner, and against Respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/28/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge