UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CISNEROS,<br>　　　　Petitioner,<br>　v.<br>JIM ROBERTSON,<br>　　　　Respondent. | Case No. 22-cv-02961-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal; Denying Certificate of Appealability, this petition for a writ of habeas corpus is DISMISSED without prejudice, and a certificate of appealability is DENIED.  The Clerk shall enter judgment in favor of Petitioner, and against Respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  October 13, 2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge