UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CISNEROS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JIM ROBERTSON,<br><br>　　　　Defendant. | Case No. 22-cv-02961-HSG<br><br>**AMENDED JUDGMENT**[1] |

For the reasons set forth in the Order of Dismissal; Denying Certificate of Appealability, this petition for a writ of habeas corpus is DISMISSED without prejudice, and a certificate of appealability is DENIED. The Clerk shall enter judgment in favor of Respondent, and against Petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 12/27/2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] This judgment corrects the typographical error in the October 13, 2022 Order which mistakenly stated that judgment was entered in favor of Petitioner.